**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**
CIVIL FILE NO: 11-1535 JNE/JSM

| | |
|---|---|
| Kathy Young, as trustee for the heirs of Samuel Young, Jr., Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| HSGBS, d/b/a Marion Mixers, Becker-Underwood, Inc. and Colorbiotics, A Becker Underwood Company, Cal-Tex Electric, Inc. and Safety Management and Training, L.L.C., | ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| Becker-Underwood, Inc. and Colorbiotics, a Becker-Underwood Company, | ) ) ) |
| Defendants and Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| Country Stone and Soil of Minnesota and Express Services, Inc., | ) ) ) |
| Third-Party Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action, including all crossclaims, counterclaims and third-party claims, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims,

counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

Date: ___9/24/12___

s/ Stuart Goldenberg
Stuart Goldenberg, Esq. (MN #158719)
GOLDENBERG LAW, PLLC
*Attorneys for Plaintiff Kathy Young, as trustee for the heirs of Samuel Young, Jr., Deceased*
800 LaSalle Plaza, Suite 2150
Minneapolis, MN 55402
Phone: (612- 335-9960

Date: ___9/21/12___

s/ Neal J. Robinson
Neal J. Robinson, Esq. (MN #199448)
THE CINCINNATI INSURANCE COMPANY
*Attorneys for Defendant HSGBS, d/b/a Marion Mixers*
10160 Foley Boulevard NW, Suite 210
Coon Rapids, MN 55448
Phone: (763) 757-2513

Date: ___September 21, 2012___

s/ John C. Hughes
John C. Hughes (MN #185929)
John E. Radmer (MN #386973)
MEAGHER & GEER, P.L.L.P.
*Attorneys for Defendant Becker-Underwood, Inc. and Colorbiotics, a Becker-Underwood Company*
33 South Sixth Street
Suite 4400
Minneapolis, MN 55402
Phone: (612) 338-0661

Date: 10/26/12                s/ R. Stephen Tillitt
                              R. Stephen Tillitt (MN #15247X)
                              GISLASON & HUNTER LLP
                              *Attorneys for Defendant Safety*
                              *   Management and Training, L.L.C.*
                              701 Xenia Avenue South, Suite 500
                              Minneapolis, MN 55416
                              Phone: (763) 225-6000

1245241.1